IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALLACE ERVIN,

        Petitioner,                    No. CIV S-05-2004 DFL DAD P

     vs.

JOHN MARSHALL, Warden, et al.,

        Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: October 6, 2005.
4
5                                               _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE
6  DAD:bb
   ervi2004.101a
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26