IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALLACE ERVIN,

    Petitioner,                    No. CIV S-05-2004 DFL DAD P

    vs.

JOHN MARSHALL, Warden, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 2, 2005, the court filed findings and recommendations recommending that this case be dismissed due to petitioner's failure to keep the court apprised of his current address. Petitioner has filed objections noting that his address of record has not changed.

        The court will vacate the findings and recommendations and petitioner will be ordered to submit his in forma pauperis application or the appropriate filing fee, as ordered by the court on October 11, 2005.

        Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations, filed on November 2, 2005, are vacated;

2. Within thirty days from the date of this order, petitioner shall submit an affidavit in support of his request to proceed in forma pauperis or the $5.00 filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this court.

DATED: November 28, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ervi2004.vac

2