IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLACE ERVIN,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden, et al.,<br><br>　　　　　　　　　　　　Respondents. | CIV S-05-2004 DFL DAD P<br><br>**ORDER GRANTING RESPONDENTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION** |

　　　　GOOD CAUSE SHOWN, respondents are granted an extension of time until February 8, 2006, within which to file a response to the petition.

　　　　IT IS SO ORDERED.

DATED: January 9, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:4
evin2004.eot