IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALLACE ERVIN,

    Petitioner,               No. CIV S-05-2004 DFL DAD P

    vs.

JOHN MARSHALL, Warden, et al.,

    Respondents.         ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has filed a timely notice of appeal of this court's September 29, 2006 dismissal of his application for a writ of habeas corpus as time-barred.  A certificate of appealability should be granted for any issue that petitioner can demonstrate is "debatable among jurists of reason," could be resolved differently by a different court, or is "adequate to deserve encouragement to proceed further."  Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (citation and internal quotation marks omitted).  Given recent developments concerning California's application of the "substantial delay" rule for determining timeliness, see King v.

1

1  Lamarque, 464 F.3d 963, 966-68 (9th Cir. 2006), the issue of
2  whether petitioner is entitled to statutory tolling under 28
3  U.S.C. § 2244(d)(2) is "debatable among jurists of reason,"
4  Jennings, 290 F.3d at 1010.
5       Accordingly, IT IS HEREBY ORDERED that a certificate of
6  appealability is issued in the present action.
7  DATED: June 22, 2007

9                              /s/ David F. Levi
                               UNITED STATES DISTRICT JUDGE
10 /erv2004.830

2